Ex parte CLAUDE PRUITT.

No. A-6483.　Opinion Filed Feb. 28, 1930.
(288 Pac. 351.)

Rutherford Brett, for petitioner.

The Attorney General, for the State.

CHAPPELL, J. Claude Pruitt, hereinafter called the petitioner, filed his petition in this court for a writ of habeas corpus alleging that he was illegally restrained of his liberty by the sheriff of Carter county, Okla.

An examination of the record discloses that the petition fails to state facts sufficient to require the discharge of the petitioner. The writ is therefore denied.

EDWARDS, P. J., and DAVENPORT, J., concur.